### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MARLECHIA L. SMITH**                                    **PLAINTIFF**

**v.**                            **No. 4:26-cv-394-DPM**

**UNITED STATES DEPARTMENT OF
AGRICULTURE, Brooke L. Rollins,
Secretary (Agricultural Marketing Service)**          **DEFENDANT**

### ORDER

Smith filed an amended complaint with many details and many attachments. Her EEOC right-to-sue letter shows that she filed her lawsuit on time. The Court must screen her amended complaint. 28 U.S.C. § 1915(e)(2).

Smith claims the United States Department of Agriculture subjected her to a hostile work environment, retaliation, and wrongly fired her because of her religion (Christian), age (fifty one), and race (black). She worked as a program assistant at the USDA's Federal Grain Inspection Field Office in Stuttgart, Arkansas for about nine months, from January 2023 until September 2023.

Smith witnessed an altercation between her coworkers in July 2023. She reported the issue, but says that neither the Field Office Manager, Sandra Metheny, nor her supervisor, Valerie Hills, resolved the conflict. Metheny and Hills are white. Smith began experiencing

retaliation and harassment. She says that a coworker pressured her to lie about what she saw and harassed her for several weeks. The same coworker cursed Smith, accused her of hiding behind her Bible and of being a fake Christian. *Doc. 6 at 4.* Metheny and Hills were aware of the harassment and did nothing to address it. Smith sought guidance from the EEOC in late August 2023. After she voiced her concerns, Smith says Metheny and Hills accused her of unsubstantiated misconduct, attendance problems, and work-product issues. She was fired in late September 2023. She was replaced by a younger, white male.

For screening purposes, Smith has stated plausible claims of race-based hostile work environment, *Sherman v. Collins*, 158 F.4th 904, 910 (8th Cir. 2025), retaliation based on her EEOC consultation, *Warren v. Nucor Corp.*, 150 F.4th 990, 997–98 (8th Cir. 2025), and a race-based wrongful-termination, *Ingram v. Ark. Dep't. of Corr.*, 91 F.4th 924, 927–28 (8th Cir. 2024). Her co-worker's stray remark about Smith's faith is insufficient to state a claim for discrimination because of her religion. And the fact that her successor was younger does not, standing alone, make out a plausible age discrimination claim. Her age and religion discrimination claims are dismissed without prejudice.

The Clerk must issue summons to the United States Department of Agriculture through Secretary Brooke L. Rollins, 1400 Independence Ave., S.W., Washington, DC 20250. The Clerk must provide copies of

the summons, the complaint, the amended complaint, and this Order to the Marshal, who is directed to serve process on Secretary Rollins, as well as the United States Attorney for the Eastern District of Arkansas and the United States Attorney General, without prepayment of fees. The Marshal must complete service by certified mail, restricted delivery, return receipt requested.

Smith's embedded second motion to appoint counsel, *Doc. 6 at 7*, is denied without prejudice. The facts alleged are not beyond what a *pro se* litigant can handle at this stage of the case; and Smith has shown she is capable of advocating for herself. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 June 2026