**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MARLECHIA L. SMITH** **PLAINTIFF**

**v.** **No. 4:26-cv-394-DPM**

**UNITED STATES DEPARTMENT OF AGRICULTURE, Brooke L. Rollins, Secretary (Agricultural Marketing Service)** **DEFENDANT**

**ORDER**

Separate Rule 26(f) reports, *Doc. 18 & 19*, noted. The Court prefers its proposed deadlines. After discovery is completed and after the Court rules on all dispositive motions, the parties may request an earlier trial date, *Doc. 15 at 1*. A Final Scheduling Order will issue.

So Ordered.

D.P. Marshall Jr.
United States District Judge

12 November 2026